BOUTIN JONES INC.
Robert D. Swanson (SBN 162816)
Brian M. Taylor (SBN 214838)
555 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 321-4444
Facsimile: (916) 441-7597

BASS BERRY & SIMS PLC
Brian D. Roark
    (*admitted pro hac vice*)
Matthew M. Curley
    (*admitted pro hac vice*)
150 Third Ave. South, Suite 2800
Nashville, Tennessee 37201-3001
Telephone: (615) 742-6200
Facsimile: (615) 742-2868

*Attorneys for all Defendants*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA, *ex rel.* DOUGLAS DALITZ and RANDY GRAY,<br><br>　　　　　　　Relators,<br>　vs.<br><br>AMSURG CORP.; GASTROENTEROLOGY ASSOCIATES ENDOSCOPY CENTER, L.L.C.; REDDING GASTROENTEROLOGY, L.L.C. d/b/a REDDING ENDOSCOPY CENTER; GADDAM NARESH REDDY, M.D.; PIYUSH KUMAR DHANUKA, M.D.; AND B. NICHOLAS NAMIHAS, M.D.,<br><br>　　　　　　　Defendants. | **Case No.:** 12-cv-2218 TLN CKD<br><br>**ORDER GRANTING STIPULATION TO EXTEND DATE OF RULE 26(f) CONFERENCE AND JOINT STATUS REPORT**<br><br>Date:　　　　May 8, 2014<br>Time:　　　　2:00 P.M.<br>Courtroom:　2<br>Judge:　　　Hon. Troy L. Nunley |

　　　Good cause appearing, this Court's Order Requiring Joint Status Report of April 4, 2014 to conduct a Rule 26(f) conference and to submit a joint status report is hereby modified as follows:

　　　The Parties shall conduct a Rule 26(f) conference and submit a joint status report within 14 days after a ruling on Defendants' Motion to Dismiss.

///

IT IS SO ORDERED:

Dated: April 4, 2014

                                                Troy L. Nunley
                                                United States District Judge