1  CLAYEO C. ARNOLD, SBN 65070
   GARY B. CALLAHAN, SBN 47543
2  TIFFANY B. WONG, SBN 280620
   CLAYEO C. ARNOLD
3  A PROFESSIONAL LAW CORPORATION
   865 Howe Avenue
4  Sacramento, CA 95825
   Telephone: (916) 924-3100
5  Facsimile: (916) 924-1829
   Email: gcallahan@justice4you.com,
6  twong@justice4you.com

7  *Attorneys for Relators*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA, *ex rel.* DOUGLAS DALITZ and RANDY GRAY, <br><br> Relators, <br> vs. <br><br> AMSURG CORP.; GASTROENTEROLOGY ASSOCIATES ENDOSCOPY CENTER, L.L.C.; REDDING GASTROENTEROLOGY, L.L.C. d/b/a REDDING ENDOSCOPY CENTER; GADDAM NARESH REDDY, M.D.; PIYUSH KUMAR DHANUKA, M.D.; AND B. NICHOLAS NAMIHAS, M.D., <br><br> Defendants. | **Case No.:** 12-cv-2218 TLN CKD <br><br> **ORDER GRANTING STIPULATION TO EXTEND DATE OF RULE 26(f) CONFERENCE, JOINT STATUS REPORT, AND DEFENDANTS' RESPONSE TO THE COMPLAINT** <br><br> **Courtroom: 2** <br> **Judge:    Hon. Troy L. Nunley** |

Upon Stipulation of the parties and good cause appearing, it is so ORDERED that:

1) This Court's prior Order Requiring Joint Status Report is hereby modified to allow the Parties until January 20, 2015, to conduct a Rule 26(f) conference and submit a joint status report; and

2) The Defendants shall have until January 20, 2015, to respond to the Complaint.

///

-1-
Order Granting Stipulation to Extend Date of Rule 26(f) Conference, Joint Status Report, and Defendants' Response to the Complaint

IT IS SO ORDERED:

Dated: January 6, 2015

_____
Troy L. Nunley
United States District Judge