1  BOUTIN JONES INC.
   Robert D. Swanson (SBN 162816)
2  Brian M. Taylor (SBN 214838)
   555 Capitol Mall, Suite 1500
3  Sacramento, California 95814
   Telephone: (916) 321-4444
4  Facsimile: (916) 441-7597

5  BASS BERRY & SIMS PLC
   Brian D. Roark
6      (*admitted pro hac vice*)
   Matthew M. Curley
7      (*admitted pro hac vice*)
   150 Third Ave. South, Suite 2800
8  Nashville, Tennessee 37201-3001
   Telephone: (615) 742-6200
9  Facsimile: (615) 742-2868

10 *Attorneys for all Defendants*

11 ARNOLD LAW FIRM
   Clayeo C. Arnold (SBN 65070)
12 Gary B. Callahan (SBN 47543)
   Tatiana Filippova (SBN 283305)
13 865 Howe Avenue
   Sacramento, CA 95825
   Telephone: (916) 924-3100
14 Facsimile: (916) 924-1829

15 *Attorneys for Relators*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA, *ex rel.* DOUGLAS DALITZ and RANDY GRAY,<br><br>Relators,<br><br>vs.<br><br>AMSURG CORP.; GASTROENTEROLOGY ASSOCIATES ENDOSCOPY CENTER, L.L.C.; REDDING GASTROENTEROLOGY, L.L.C. d/b/a REDDING ENDOSCOPY CENTER; GADDAM NARESH REDDY, M.D.; PIYUSH KUMAR DHANUKA, M.D.; AND B. NICHOLAS NAMIHAS, M.D.,<br><br>Defendants. | Case No.: 12-cv-2218 TLN CKD<br><br>**STIPULATED REQUEST TO TAKE TWO THIRD-PARTY DEPOSITIONS POST FACT DISCOVERY CUTOFF; ORDER**<br><br>Courtroom:  2<br>Judge:  Hon. Troy L. Nunley |

1   Plaintiffs United States of America and the State of California, ex rel., Douglas Dalitz
2   and Randy Gray ("Relators") and Defendants AmSurg Corp., Gastroenterology Associates
3   Endoscopy Center, L.L.C., Redding Gastroenterology, L.L.C., d/b/a Redding Endoscopy Center,
4   Gaddam Naresh Reddy, M.D., Piyush Kumar Dhanuka, M.D., and B. Nicholas Namihas, M.D.
5   through their attorneys, hereby stipulate and request modification of this Court's Pretrial
6   Scheduling Order (the "Scheduling Order"), filed January 19, 2016 (Dkt. 77).

7   The Pretrial Scheduling Status Order establishes April 29, 2016 as the date that discovery
8   is to be completed. The parties request permission to take two third-party depositions after the
9   fact discovery cutoff of April 29, 2016.

10  The parties submit that there is good cause for this request. The parties jointly represent
11  to the Court that this requested continuance is not a result of dilatory tactics or lack of diligence
12  by the parties. The parties have diligently pursued the completion of fact discovery. All noticed
13  depositions (including party depositions) have been completed with the exception of two third-
14  party depositions. The deposition of Somnia, Inc. is scheduled to take place in New York on
15  May 11, 2016 and the deposition of former Amsurg employee Lori Wenham is scheduled to take
16  place in Colorado on May 13, 2016. It has been necessary to schedule these depositions to take
17  place after the discovery cutoff due to the availability of these third-party witnesses and counsel
18  for relators who is scheduled to be out of the country the weeks of April 25 and May 2. The
19  parties seek additional time to complete these two depositions only. The taking of these two
20  depositions after the discovery cutoff will not affect the parties' ability to comply with all other
21  dates in the court's pretrial scheduling order, including the completion of expert discovery.

22  **IT IS SO STIPULATED**.

23

24  Dated: April 29, 2016                                BOUTIN JONES INC.

25
26                                                      By:   /s/ Robert D. Swanson
                                                              Robert D. Swanson
27                                                            Brian M. Taylor
                                                              Attorneys for Defendants
28

1  Dated: April 29, 2016                             ARNOLD LAW FIRM

3                                                    By:   /s/ Gary B. Callahan
                                                          Clayeo C. Arnold
4                                                         Gary B. Callahan
                                                          (As authorized on 4-29-16)
5                                                         Attorneys for Relators

7     **IT IS SO ORDERED**

   Dated: April 29, 2016

10                                                    _____
                                                      Troy L. Nunley
                                                      United States District Judge