Clayeo C. Arnold, SBN 65070
Gary B. Callahan, SBN 47543
Tatiana Filippova, SBN 283305
CLAYEO C. ARNOLD
A PROFESSIONAL LAW CORPORATION
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829
E-mail: gcallahan@justice4you.com
Attorneys for Relators

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America and State of California ex rel. Douglas Dalitz, and Randy Gray,<br><br>　　　　Relators And Plaintiffs,<br><br>vs.<br><br>Amsurg Corp., Gastroenterology Associates Endoscopy Center, LLC, Redding Gastroenterology dba Redding Endoscopy Center, Gaddam Naresh Reddy, M.D., Piyush Kumar Dhanuka, M.D., and B. Nicholas Namihas, M.D.,<br><br>　　　　Defendants. | NO.  2:12-CV-02218 TLN CKD<br><br>**ORDER SEALING LORI WENHAM-PUHL'S DEPOSTION TRANSCRIPT** |

**IT IS HEREBY ORDERED** that Relators' request to seal portions of non-certified deposition transcript of Lori Wenham-Puhl is GRANTED, and that the portions of non-certified deposition transcript of Lori Wenham-Puhl shall be placed under seal pursuant Local Rule 141, and shall remain under seal until further order of the Court.

Dated: June 2, 2016

　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER SEALING LORI WENHAM-PUHL'S DEPOSTION TRANSCRIPT - 1