BOUTIN JONES INC.
Robert D. Swanson (SBN 162816)
Brian M. Taylor (SBN 214838)
555 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 321-4444
Facsimile: (916) 441-7597

BASS BERRY & SIMS PLC
Brian D. Roark
    (*admitted pro hac vice*)
Matthew M. Curley
    (*admitted pro hac vice*)
150 Third Ave. South, Suite 2800
Nashville, Tennessee 37201-3001
Telephone: (615) 742-6200
Facsimile: (615) 742-2868

*Attorneys for all Defendants*

ARNOLD LAW FIRM
Clayeo C. Arnold (SBN 65070)
Gary B. Callahan (SBN 47543)
Tatiana Filippova (SBN 283305)
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829

*Attorneys for Relators*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA, *ex rel.* DOUGLAS DALITZ and RANDY GRAY,<br><br>Relators,<br><br>vs.<br><br>AMSURG CORP.; GASTROENTEROLOGY ASSOCIATES ENDOSCOPY CENTER, L.L.C.; REDDING GASTROENTEROLOGY, L.L.C. d/b/a REDDING ENDOSCOPY CENTER; GADDAM NARESH REDDY, M.D.; PIYUSH KUMAR DHANUKA, M.D.; AND B. NICHOLAS NAMIHAS, M.D.,<br><br>Defendants. | Case No.: 2:12-cv-2218 TLN CKD<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST TO MODIFY PRETRIAL SCHEDULING ORDER**<br><br>**Courtroom:** 2<br>**Judge:** Hon. Troy L. Nunley |

The Court, having reviewed the parties' Joint Stipulated Request to Modify Pretrial Scheduling Order and upon good cause shown, the parties' stipulation is hereby GRANTED.

The following deadlines are continued as follows:

- Expert Disclosure Deadline:                September 16, 2016
- Deadline to Hear Dispositive Motions:      February 2, 2017
- Final Pretrial Conference:                 May 4, 2017, at 2:00 p.m.
- Joint Final Pretrial Statement Due Date:   April 27, 2017
- Trial:                                     July 31, 2017, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: June 6, 2016

_____
Troy L. Nunley
United States District Judge