BOUTIN JONES INC.
Robert D. Swanson (SBN 162816)
Brian M. Taylor (SBN 214838)
555 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 321-4444
Facsimile: (916) 441-7597
Email: rswanson@boutinjones.com
       btaylor@boutinjones.com

BASS BERRY & SIMS PLC
Brian D. Roark
   (*admitted pro hac vice*)
Matthew M. Curley
   (*admitted pro hac vice*)
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201-3001
Telephone: (615) 742-6200
Facsimile: (615) 742-2868
Email: broark@bassberry.com
       mcurley@bassberry.com

Attorneys for all Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA, ex rel. DOUGLAS DALITZ and RANDY GRAY, <br><br> Relators, <br><br> vs. <br><br> AMSURG CORP.; GASTROENTEROLOGY ASSOCIATES ENDOSCOPY CENTER, L.L.C.; REDDING GASTROENTEROLOGY, L.L.C. d/b/a REDDING ENDOSCOPY CENTER; GADDAM NARESH REDDY, M.D.; PIYUSH KUMAR DHANUKA, M.D.; AND B. NICHOLAS NAMIHAS, M.D., <br><br> Defendants. | **Case No. 12-cv-2218-TLN-CKD** <br><br> **ORDER OF DISMISSAL** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the False Claims Act, 31 U.S.C. § 3730(b)(1), and the California False Claims Act, Cal. Gov't Code § 12652(c)(1), Relators Douglas Dalitz and Randy Gray ("Relators") and Defendants AmSurg Corp. (now known as

Envision Healthcare Corporation); Gastroenterology Associates Endoscopy Center, L.L.C.; Redding Gastroenterology L.L.C.; Gaddam Naresh Reddy, M.D., B. Nicholas Namihas, M.D., and Piyush Kumar Dhanuka, M.D. ("Defendants") (collectively, the "Parties") filed a Stipulation of Dismissal as to all claims filed against Defendants in this civil action. Pursuant to 31 U.S.C. § 3730(b)(1) and Cal. Gov't Code § 12652(c)(1) the United States and the State of California, which have elected not to intervene in this action, have filed a written consent to dismissal of this action with prejudice as to Relators but without prejudice as to the United States and the State of California. Upon due consideration of the Stipulation, the consent filed by the United States and California, and the other papers on file in this action,

IT IS HEREBY ORDERED that all claims in the action asserted in this lawsuit shall be dismissed with prejudice as to Relators but without prejudice as to the United States and the State of California.

IT IS SO ORDERED.

Dated: May 30, 2017

Troy L. Nunley
United States District Judge